Exhibit A

GetMeHealthcare
INSURANCE SPECIALISTS

ACA Plans | Medicare | Life Insurance | Der

Abc

# About Us.



## WELCOME TO
## **GET ME HEALTHCARE**

GetMeHealthcare has been at the forefront of the health insurance industry since 2008, safeguarding our local friends, neighbors, and businesses from unexpected health challenges. Our dynamic leadership team boasts over 20 years of individual experience, cumulatively presenting an impressive 150 years of expertise in the industry. We are

accessibility.

## Navigating the Insurance Jungle

We acknowledge that choosing insurance coverage can be a complex process. Our seasoned team of health and life plan specialists is here to help you traverse the maze of insurance options. Leveraging years of industry experience and an unwavering commitment to personalized service, we help you find quality, simple-to-understand policies that are tailored to your unique needs. Our priority is to protect your financial well-being and your family's health, while keeping your budget considerations in

## Shaping the Future of Insurance

As we look ahead, GetMeHealthcare is committed to pushing the boundaries of professionalism in the insurance sector and revolutionizing the way health insurance is sold today. We not only strive to keep pace with industry advancements but aim to influence and shape the future of health insurance. We are continually enhancing our offerings, streamlining our services, and introducing innovative solutions that empower you to manage your healthcare.

Get a Free Quote

GetMeHealthcare
INSURANCE SPECIALISTS

Abc

ACA Plans | Medicare | Life Insurance | Der

commitment to convenience
and accessibility.

# Services We Offer +

ACA Plans | Medicare | Fixed Indemnity | Dental Plans | Life Insurance | Short Term

# Comprehensive Coverage Options



We provide an extensive selection of major medical insurance policies, Medicare, Medicare Advantage, and Affordable Care Act (ACA) plans. We also offer financially prudent critical illness plans that cater to your most pressing and essential insurance needs. Whether you're a senior citizen looking for Medicare or Medicare Advantage plans, or an individual or family seeking ACA-compliant plans, we have you covered. Our team is thoroughly versed in the nuances of these programs and can help you understand and select the option that fits you best.



# Tailoring the Perfect Plan for You

Whether you're exploring health plans for the first time or seeking to renew existing coverage, we provide the essential information you need to make the best decision for you and your family. Our offerings range from basic to extensive coverage at diverse price points, ensuring there's a plan to suit every budget and circumstance.If you prefer a plan similar to employer-provided insurance, our copay plan offers features commonly found in group coverage, allowing you to plan your

GetMeHealthcare
INSURANCE SPECIALISTS

Abc

ACA Plans | Medicare | Life Insurance | Der

# Leading the Way in Marketplace Insurance+

As industry leaders, we are revolutionizing the way health insurance is sold. We've established ourselves as a trusted partner in the health insurance marketplace, ensuring our clients get the best possible insurance solutions, tailored to their needs. Our team of licensed agents is committed to assisting you through every step of the process, making the task of finding the right plan both convenient and straightforward. In essence, GetMeHealthcare is more than an insurance provider - we're your ally, your advocate, and your guide in the realm of health insurance. Let us help you secure the best medical plan for your needs today.

## Explore your options today!

GetMeHealthcare
INSURANCE SPECIALISTS

Abc

ACA Plans | Medicare | Life Insurance | Der

Get a Free Quote

Call (866)-611-0519

Home

About Us

Client Resources

Privacy Policy

Terms and Conditions

Careers

Short Term

Fixed Indemnity

Dental Plans

Life Insurance

Medicare Supplement

866-611-0519

GetMeHealthcare
INSURANCE SPECIALISTS

123 NW 13th St Suite 101, Boca Raton FL 33432

Invitations for application for insurance on getmehealthcare.com are made through Tobias & Associates INC only where licensed and appointed. License numbers are available upon request and are automatically provided where required by law. State license numbers are available upon request by emailing csr@getmehealthcare.com

Disclaimer: This information is descriptive only. All products may not be available in all jurisdictions. Coverage is subject to the language of the policies as issued. Name of Licensee: Tobias & Associates INC DBA getmehealthcare NPN: 13059166 Agent In Charge Name: William Cox Agent In Charge NPN: 8382831

GetMeHealthcare
INSURANCE SPECIALISTS

Abc

ACA Plans | Medicare | Life Insurance | Der