Gmail

Exhibit C

Omar Darwich <mrdrwch@gmail.com>

**Application Submitted: Now pick your plan**
2 messages

**Health Insurance Marketplace** <notices@healthcare.gov> Wed, Apr 30, 2025 at 10:38 AM
Reply-To: marketplace@healthcare.gov
To: mrdrwch@gmail.com

HealthCare.gov

# Application Submitted: Pick your plan

Apply › Shop › Enroll

Omar

Congratulations! You successfully submitted your 2025 application.

**Now it's time to pick your plan.** Shop for the plan that fits your needs.

**Pick a Plan**

**You're almost finished.** Pick your 2025 plan and enroll today!

*The HealthCare.gov Team*

**Note:** If your application shows you're eligible for coverage through Medicaid or the Children's Health Insurance Program, you don't need to log in to pick a plan. Your state agency will contact you directly about next steps.

This email was created and distributed by the Centers for Medicare & Medicaid Services. To stop receiving important messages and reminders about your application or health coverage, log in to your Marketplace account and visit the *Communications Preferences page*.

---

**Omar Darwich** <mrdrwch@gmail.com> Wed, Apr 30, 2025 at 10:39 AM
To: omar@darwichlegal.com

[Quoted text hidden]