Fill Out Our Form To Learn More About Our Plans!

Choose Your Coverage

First Name

Last Name

Phone Number

Email

Zip Code

By checking this box, you agree to receive SMS messages from GetMeHealthcare, company phone number is 866-611-0519. You may reply STOP to opt-out anytime. Reply HELP for assistance. Messages and data rates may apply. Message frequency will vary. Learn more about it on our Privacy Policy.

Submit

# Health plans designed for you.

A robust health insurance plan helps alleviate the burden of medical expenses, ensuring that you can receive quality care without facing undue financial strain. By offering coverage for medical consultations, hospital stays, prescription medications, and preventive services, health insurance empowers you to proactively manage your health.



ACA Plans | Medicare | Fixed Indemnity | Dental Plans | Life Insurance | Short Term

# Featured Health plans.



Individual



Family



Medicare



# Expertise and Excellence with Get Me Healthcare.

GetMeHealthcare is committed to providing expertise and excellence in the realm of healthcare services. Our dedicated team of professionals strives to deliver the highest standard of care, utilizing cutting-edge technologies and staying abreast of the latest advancements in the healthcare industry. With a focus on personalized and patient-centric solutions, we aim to optimize health outcomes and enhance the overall well-being of our clients.

Get My Quotes Now

## Q&A about the insurance plans we have to offer.

What types of insurance plans does GetMeHealthcare offer?

What happens if I pick a plan and need to change, am I stuck?

What if I'm healthy and never go to the doctor — do I really need insurance?



# Innovations in Healthcare.

We acknowledge that choosing insurance coverage can be a complex process. Our seasoned team of health and life plan specialists is here to help you traverse the maze of insurance options.

## Transforming Healthcare for a Better Tomorrow!

Get a Free Quote

Careers

Medicare Supplement

Short Term

123 NW 13th St Suite 101, Boca Raton FL 33432

Invitations for applications for insurance on getmehealthcare.com are made through Tobias & Associates LLC D/B/A GetMeHealthcare only where licensed and appointed. License numbers are available upon request and are automatically provided where required by law. State license numbers are available upon request by emailing csr@getmehealthcare.com

Disclaimer: This information is descriptive only. All products may not be available in all jurisdictions. Coverage is subject to the language of the policies as issued. Name of Licensee: Tobias & Associates LLC D/B/A GetMeHealthcare NPN: 13059166 Agent In Charge Name: William Cox Agent In Charge NPN: 8382831