DOCS

Primary Applicant"s / Account Holder"s Name : Omar Darwich

| | | | |
|---|---|---|---|
| Date Of Birth : 03/13/1993 | Gender : Male | Tobacco : No | Citizen : Yes |
| Income : $16,000.00 | Household Size : 1 | Household Income : $16,000.00 | Phone Number : (915) 444-0380 |
| Email: mrdrwch@gmail.com | Employer : Secretary | Employer Phone : 9154440380 | Incarcerated : No |
| Carrier Applying For : ACA | Plan Applying For : MyBlue Health Gold℠ 403 - HMO | Premium : $0.00 | Needs Coverage : Yes |

Address : 221 Anglesy Pl

Address 2:

City : El Paso

State : Texas | Zip Code : 79928 | County : El Paso

- **I authorize ACA Agent to serve as the health insurance agent or broker for myself and my entire household, if applicable, for purposes of enrollment in a Qualified Health Plan offered on the Federally Facilitated Marketplace (the "Marketplace"). If I already have health insurance, I request that ACA Agent and its agents or brokers become my agent of record and switch me to a better plan if one is available.**
- **By providing my consent, I authorize ACA Agent to view and use the confidential information I have provided in writing, electronically, or by telephone.**
- **I understand that I have not yet applied for health insurance coverage and that ACA Agent will be using the information and consents I provide herein to fill out, sign, and submit the Marketplace application on my behalf. I authorize ACA Agent to take any other actions it deems necessary or appropriate to obtain health insurance coverage on my behalf.**
- **I or my authorized representative reviewed the Marketplace eligibility application information and confirmed that it was accurate before the application was submitted, and I attest to the accuracy of the information in the form above.**
- **I consent to ACA Agent"s use and disclosure of: (a) the personal information I have provided about myself and any other individuals I identified in the form above, and (b) any**

other personal information about myself or the other individuals identified above which may be obtained by ACA Agent from government data sources, for purposes of selecting, procuring, and maintaining health insurance coverage through the Marketplace, and for any other purposes disclosed in ACA Agent's Privacy Policy including, but not limited to, those which involve the sharing of my personal information with non-affiliated health insurance providers.

- I consent to ACA Agent use and disclosure of the personal information I have provided about myself and any other individuals I identified in the form above for purposes of selecting, procuring, and maintaining health insurance coverage through the Marketplace, and for any other purposes disclosed in ACA Agent Privacy Policy. I understand if there are any changes or updates to the information I provided I must notify ACA Agent at aca@acaagent.com or notify the Marketplace at 800-318-2596, and I must review and confirm the accuracy of the changes in this information prior to the application being updated, and that my consent to these changes will be documented and maintained by ACA Agent or the Marketplace.
- I understand that the purposes of this consent are to authorize ACA Agent to: (a) search my personal information in the Marketplace, (b) search for an Affordable Care Act compliant policy through the Marketplace, and (c) apply for an Affordable Care Act compliant policy on my behalf.
- I understand that the Affordable Care Act compliant policy applied for on my behalf is separate from and has no association with any other products, services, packages or bundles that I may have discussed with ACA Agent.
- I understand that ACA Agent will only search for health insurance coverage that is available in the area where I reside.
- I understand this consent remains in effect until I revoke it. I understand that I may rescind this consent at any time via telephone or by fax to (561) 404-0251. I further understand that if I revoke my consent, ACA Agent will no longer be able to disclose my personal information and offer services. ACA Agent will maintain this consent form or a true and correct copy in its records.
- I understand that, in some cases, it may be necessary for ACA Agent to verify my income. If income verification is required in order to complete my enrollment, I authorize ACA Agent to submit an income attestation letter on my behalf with the information I have provided. Further, I consent to ACA Agent affixing my electronic signature to the income attestation letter.
- I authorize ACA Agent to submit my application to the Marketplace with the auto-renew option selection to avoid any lapse in coverage. I understand that the Marketplace will send a notice to me and allow me to make any changes, and I understand that I am required to update the Marketplace if my information changes. I understand that I can opt out of the auto-renew option at any time by contacting ACA Agent at aca@acaagent.com or by contacting the Marketplace at 800-318-2596
- By signing this form, I understand that ACA Agent won't use or

share my confidential information for any other purposes..

- By signing this form, I understand that ACA Agent will protect my confidential information when they collect, share, use or store it.
- By signing this form, I understand that ACA Agent won't ask for additional confidential or protected health information other than what's required on the Marketplace application.
- As your sales agent, my agency will receive compensation from carrier per member per month for the plan you are enrolled in. My agency could be eligible for additional compensation based on our sales performance. This compensation is paid based on your enrollment in a Marketplace plan. You will not be billed for this compensation. You are only responsible for your monthly premiums and any copayments or cost share amounts that may be due when you seek care. You are being given this information as required by federal law, so that you are aware of the compensation we receive from the carrier as a result of your enrollment in the plan.
- ACA Agent 's agent explained the attestations at the end of the application to me before the application was submitted and I had the chance to ask questions about them.
- To make it easier to determine my eligibility for help paying for coverage in future years, I agree to allow the Marketplace to use my income data, including information from tax returns, for the next 5 years. The Marketplace will send me a notice, let me make any changes, and I can opt out at any time.
- I also expect that: No one else will be able to claim me as a dependent on their 2025 federal income tax return. I'll claim a personal exemption deduction on my 2025 federal income tax return for any individual listed on this application as my dependent who is enrolled in coverage through this Marketplace, and whose premium for coverage is paid in whole or in part by advance payments of the premium tax credi
- If any of the above changes: I understand that it may impact my ability to get the premium tax credit. I also understand that when I file my 2025 federal income tax return, the Internal Revenue Service (IRS) will compare the income on my tax return with the income on my application. I understand that if the income on my tax return is lower than the amount of income on my application, I may be eligible to get an additional premium tax credit amount. On the other hand, if the income on my tax return is higher than the amount of income on my application, I may owe additional federal income tax.
- I know that I must tell the program I'll be enrolled in within 30 days if information I listed on this application changes. I know I can make changes in my Marketplace account or by calling the Marketplace Call Center at 1-800-318-2596 (TTY: 1-855-889-4325). I know a change in my information could affect eligibility for member(s) of my household.
- If anyone on your application is enrolled in Marketplace coverage and is also found to have Medicare coverage, the Marketplace will automatically end their Marketplace plan coverage. They will get a notice before Marketplace terminates their coverage in case they need to keep it or make

changes. During all the months of overlapping coverage, they're responsible for paying the full cost for the Marketplace plan premium and covered services.

- I'm signing this application under penalty of perjury, which means I've provided true answers to all of the questions to the best of my knowledge. I know I may be subject to penalties under federal law if I intentionally provide false information.
- I authorize ACA Agent to submit my application to the Marketplace with the auto-renew option selection to avoid any lapse in coverage. To make it easier to determine my eligibility for assistance with future monthly premium payments. I consent to the Marketplace's use of my income data, including information from tax returns, for the next 5 years from this date. I understand that the Marketplace will send a notice to me and allow me to make any changes. I understand that I can opt out at any time.
- I understand that my monthly premium is based on the income data I have provided and if there are any discrepancies, the monthly premium amount may be subject to change. If there are no discrepancies, I authorize the processing of the monthly premium payments.
- I understand that I must report income changes to the Marketplace within 30 days of the change because it may affect the amount of Advance Premium Tax Credits ("APTC") or the level of Cost Sharing Reductions for which I may qualify.
- I confirm that my estimated income for 2024 will be at least the Federal Poverty Level for my state and household size. I agree to notify ACA Agent as soon as I become aware of any changes to the expected monthly income amount I provided above. I understand that a failure to notify ACA Agent of such changes may affect my eligibility.
- I understand that if I receive too much APTC during the benefit year, I may have to pay back to the Internal Revenue Service some or all of the excess premium payment assistance when I file my federal income tax return for the benefit year.
- I understand that I am not eligible for a premium tax credit if I am found to be eligible for other qualifying health insurance coverage like Medicare, Medicaid, the Children"s Health Insurance Program ("CHIP"), or a job-based health plan. I also understand that if I become eligible for other qualifying health insurance coverage, I must contact the Marketplace to end my Marketplace coverage and premium tax credits. If I fail to do so, the person who files taxes in my household may need to pay back my premium tax credit.
- I agree to allow the Marketplace to end the Marketplace coverage for anyone on my application who's enrolled in both Marketplace and Medicare Coverage.
- I understand that the foregoing does not constitute tax advice provided to me by ACA Agent and it is suggested that I consult with a qualified tax advisor prior to enrolling in health insurance coverage through the Marketplace and have the qualified tax advisor answer any questions regarding any tax credits for which I may be eligible, my tax returns, or any other related tax matters.

- I understand that I will be required to indemnify, defend and hold harmless ACA Agent and its subsidiaries from any and all claims, demands, liability, causes of action, losses or injuries arising from my failure to timely report the correct income data to the Marketplace.
- I understand that I am required to provide true and complete answers to the questions above and that I may be asked to provide additional information including proof of my eligibility for a Special Enrollment Period, if I qualify. If the information provided by me is not true and complete, I may face penalties including the risk of losing my eligibility for health insurance coverage.
- I understand that my enrollment is contingent upon the review of any documents the Marketplace may request such as income documents, proof of Qualifying Life Event, citizenship documentation, and other related documents. I authorize ACA Agent to maintain, store, and/or use my personal information in order to carry out the roles and responsibilities of a licensed health insurance agent or broker. I understand that they may need to create, collect, disclose, access, maintain, store, and/or use some of my personal information in order to provide assistance to me. I understand that I may revoke this authorization at any time by notifying ACA Agent or my health insurance agent or broker. Once I have signed this consent form, I can expect ACA Agent and my health insurance agent or broker to assist me without me having to sign another consent form.
- I understand that the ACA Marketplace may require a letter of explanation to confirm life events and application information in cases where there are no applicable documents to send. These situations include but are not limited to verify non-Medicare coverage, verify non-VA coverage, verify non-Tricare coverage, verify non-Peace Corp coverage, verify non incarceration, loss of coverage, a change of address, marriage and denial of Medicaid or CHIP coverage. If one of these situations arises, I give authorization to ACA Agent to complete the letter of explanation on my behalf contingent upon qualification of given circumstances.
- I understand this application to enroll in an ACA compliant health plan does not include any benefits outside of the qualifying health coverage or carrier offerings; this can include gift cards, cash (or cash valued) incentives, or any other benefits that be advertised in your specific area that may be seen online as third party incentives.
- I consent to receive all notices electronically.
- I consent to the use of an electronic signature to sign all forms and documents presented to me by ACA Agent during the health insurance enrollment process including, without limitation, privacy policies and consent forms.
- I consent to the use of an electronic signature to sign this consent form.
- I consent to the use of an electronic signature unless and until I withdraw my consent by providing written notice to ACA Agent. I agree that this consent is effective on the date I affix my signature below.

- By signing below, I agree to be legally bound as if I had signed this consent form and other documents with a handwritten signature.
- By signing below, I am confirming that I am the owner or primary user of the mobile phone number provided or am authorized to provide the consent of the owner or primary user to receive calls or messages at that mobile phone number. I, or the individual on whose behalf I am acting, agree to receive marketing calls or text messages at the phone number provided, including autodialed or prerecorded message calls or text messages. Consent is not a condition of any purchase. Message and data rates may apply.
- I have read and agree to the terms above and I confirm that the personal information I have provided is true and correct. If I am an authorized 3rd party, I confirm that all information provided is true and correct.
- I understand this application to enroll in an ACA compliant health plan does not include any benefits outside of the qualifying health coverage; this includes gift cards, cash (or cash valued) incentives, or any other benefits that be advertised in your specific area.
- I consent to the use of an electronic signature to sign this consent form.

Printed Name　　　　Signed Name

Date

Sign PDF

Aurora Standard | v14.0.0 [20250424]