Exhibit C

GetMeHealthcare

AI Mode All News Images Videos Maps Short videos More Tools

LinkedIn · Get Me Healthcare
360+ followers

## Get Me Healthcare

**Getmehealthcare.com based in Boca Raton, Florida** is a growing insurance agency & technology platform with extensive experience in the healthcare market.

Instagram · getmehealthcare
1.6K+ followers

## GetMeHealthcare (@getmehealthcare)

Join a team that's committed to your growth and well-being. From **health and life insurance** to company trips and on-site fitness perks, we've got you covered.

Indeed
https://www.indeed.com › ... › GetMeHealthcare

## Working at GetMeHealthcare: 24 Reviews

Jun 11, 2025 — The workplace culture at GHMC is truly exceptional. Managers and employees consistently support and encourage one another, fostering an environment where ...
4.5 (24)

PR Newswire
https://www.prnewswire.com › news-releases › healthcar...

## Healthcare Funding Partners (HFP) Acquires ...

May 7, 2025 — **GetMeHealthcare** is a nationwide insurance agency known for its innovative use of AI, industry-leading compliance standards and national ...

Glassdoor
https://www.glassdoor.com › Reviews › GetMeHealthca...

## GetMeHealthcare Reviews: Pros And Cons of Working At ...

**Excellent benefits and catered meals**. Commissions are excellent and there is a lot of leads and money to be made.
4.2 (10)

getmeacareer.com
https://getmeacareer.com

## getmeacareer

**GetMeAcareer website** is operated by Tobias & Associates LLC., a licensed health insurance agency doing business as getmehealthcare.com and getmemedicare.com in ...

X · getmehealthcare
100+ followers

## GetMeHealthCare.Com - X

Get Big Help Finding Your Way Through the Complex Healthcare Jungle! (866)-611-0519.

Sitejabber
https://www.sitejabber.com › ... › Get Me Healthcare

## Get Me Healthcare - Reviews 111 - Sitejabber

**Get Me Healthcare has a rating of 3.5 stars from 111 reviews**, indicating that most customers are generally satisfied with their purchases.

ZipRecruiter
https://www.ziprecruiter.com › Jobs › Getmehealthcare

## Getmehealthcare Jobs (NOW HIRING) Jul 2025

**GetMeHealthcare is calling on sharp, driven professionals** to join our team full-time as a Coverage Support Representative. As our Insurance Verification ...

Reddit · r/Scams
10+ comments · 2 months ago

## get me health insurance. org - LEGIT? : r/Scams

I found this site **get me health insurance. org** and talked to an Agent that found me coverage for ~300 a month that covers health care, mental health, and ...
16 answers · Top answer: Most of the plans offered “off the exchange” have limited coverage that does...

# People also search for

GetMeHealthcare **AZ**

GetMeHealthcare **Scottsdale**

**Is get me Healthcare legit**

Getmehealthcare **Reddit**

Getmehealthcare **login**

Getmehealthcare **phone number**

GetMeHealthcare **reviews complaints**

Getmehealthcare **boca raton**

1 2 3 4 5 6 7 8 9 10 Next

Results are personalized - Try without personalization

**Sparks, Texas** - Based on your past activity - Update location

Help Send feedback Privacy Terms