EXHIBIT D

Gmail

Omar Darwich <mrdrwch@gmail.com>

# Document e-Signature

2 messages

**mail@getmehealthcare.com** <mail@getmehealthcare.com> Wed, Apr 30, 2025 at 10:31 AM
To: mrdrwch@gmail.com

## GetMeHealthcare e-Signature.

This email is sent to you to verify your information.

**Name**: Omar Darwich

**Code**: 7745B20C223C4369AF042DC7E1715531

Please click the link below to verify your information:

Verify

If the button above doesn't work, paste this into your browser:

https://aca-agent.thegorillahub.com/PDF/DocumentSign?c=R7vjN5KaQbNOTc8bp9QROypNyRWJ%
2bBWHWf%2b3NOQFEX2%2b%2b2ToFcV5GWcuxwdHBNjTEUdxTu4o4iAUu%
2fiszm3xlOQF2TsHK9OrZnGYLLrTVPHBQwWFyhHeZZk6pNwCSC5T

{THIS_YEAR} © Aurora.

**Omar Darwich** <mrdrwch@gmail.com>
To: omar@darwichlegal.com

Wed, Apr 30, 2025 at 10:38 AM

[Quoted text hidden]

---

**GorillaDocs.pdf**
515K