**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **Omar Darwich** | § | |
| Plaintiff | § | |
| *versus* | § | |
| | § | |
| **Tobias & Associates LLC** *dba* **GetMeHealthCare**, et al. | § | Civil Action No.: 3:25-CV-157- LS |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(I) WITH PREJUDICE.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Omar Darwich ("Plaintiff"), hereby gives notice to the Court that this action is voluntarily dismissed against all named Defendants with prejudice. Defendant Tobias & Associates LLC *dba* GetMeHealthCare and Defendant Michael Tobias ("Defendants") have not served an answer or motion for summary judgment in this action.

Accordingly, Plaintiff notices that all Plaintiff's claims be dismissed with prejudice against all Defendants and with each party bearing its own attorneys' fees and costs of courts.

Filed: August 09, 2025

Respectfully submitted,

**Omar Darwich**

By: /s/ Omar F. Darwich
Omar F. Darwich (Tx Bar No. 24124686)
6090 Surety Dr, #415
El Paso, TX 79905

Certificate Of Service

I certify that on August 9, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Western District of Texas.

*/s/ Omar Darwich*________
Omar Darwich