# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **OMAR DARWICH, an individual,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **No. 3:25-CV-00157-LS** |
| | § | |
| **TOBIAS & ASSOCIATES LLC, a Florida Limited Liability Company; and MICHAEL TOBIAS,** | § | |
| | § | |
| | § | |
| | § | |
| ***Defendants*.** | § | |

## FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. All pending motions are denied as moot. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 11, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**